THE ALLIANCE COOPERATIVE INSURANCE COMPANY
v. WILLIAM E. CORBETT.

No. 13,713.

CORRECTION—*Statemnt in Original Opinion.* The statement of
facts in the case of *Insurance Co. v. Corbett,* 69 Kan. 564,
supplemented.

Opinion filed November 24, 1909.   Original opinion
corrected.

*Per Curiam:* The court's attention has been called to
a defect in the statement of this case contained in the
original opinion, filed June 11, 1904, and in the report
of the decision contained in volume 69 of the Kansas
Reports, at page 564.   It is there said that the agent
took a written application for insurance upon sundry
"articles of personal property in the aggregate sum of
$2750." (Page 565.)   The application in fact covered
improvements upon real property, consisting of a stone
barn with shingle roof, and shed attached, and a
shingle-roof frame corncrib.   The insurance applied
for on these buildings made up $700 of the aggregate
stated, and the judgment in favor of the plaintiff was
based in part upon their destruction by fire.   The last
line on page 565 of the report of the case should read
"articles of real and personal property," etc.   It is
more than likely the words "real and" were dropped
through a stenographic error when the preliminary
draft of the opinion was copied for filing, and the omis-
sion was not detected because no point was made in
the case on the character of the property insured.   The
error might become important in cases not involving
chapter 142 of the Laws of 1897, fixing the liability of
fire insurance companies in certain cases.